**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns, Esq. (356855)
nick.enns@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420
Facsimile: (805) 994-0197

*Attorneys for Plaintiffs*,
Ashna Paul & Atul Paul

Formatted: Spanish

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ASHNA PAUL; AND, ATUL PAUL,**

Plaintiffs,

v.

**COLUMBIA DEBT RECOVERY, LLC DBA GENESIS; AND, GREYSTAR REAL ESTATE PARTNERS, LLC,**

Defendants.

**Case No.:** 2:25-cv-01155-JGB-SKx

**STIPULATION RE PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT**

**HON. JESUS G. BERNAL**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**STIPULATION RE PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT**

Plaintiffs ASHNA PAUL and ATUL PAUL ("Plaintiffs") and Defendant COLUMBIA DEBT RECOVERY, LLC DBA GENESIS ("Genesis") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

Deleted: and agree

## I. RECITALS

WHEREAS, on February 8, 2025, Plaintiffs filed their original Complaint in this action against Defendants Genesis, Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union");

WHEREAS, Plaintiffs have since reached settlements with Equifax, Experian, and Trans Union, and Plaintiffs' claims against those Defendants have been resolved;

WHEREAS, Genesis remains the only currently-served Defendant in this action;

WHEREAS, through discovery taken in this action, Plaintiffs have learned of the role of Greystar Real Estate Partners, LLC ("Greystar") in repeatedly "verifying" the alleged debt at issue to Genesis, despite Greystar's knowledge of Plaintiffs' multiple written disputes and that Plaintiffs had vacated the subject apartment on or before July 31, 2020;

WHEREAS, Plaintiffs were unable to ascertain Greystar's involvement until they obtained documents and information through the discovery process in this action, including documents reflecting communications between Greystar personnel regarding Plaintiffs' disputes;

WHEREAS, in light of the information learned in discovery, Plaintiffs wish to file a First Amended Complaint adding Greystar as a Defendant and asserting

claims against Greystar under the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, et seq. (the "RFDCPA") (which incorporates by reference 15 U.S.C. § 1692, et seq., through California Civil Code § 1788.17);

WHEREAS, Plaintiffs have provided Genesis's counsel with a copy of the proposed First Amended Complaint, and Genesis has had an opportunity to review the proposed First Amended Complaint;

Deleted: reviewed and approved

WHEREAS, the proposed First Amended Complaint is attached hereto as Exhibit A, and a redlined copy of the proposed First Amended Complaint showing all additions to and deletions from the original Complaint is attached hereto as Exhibit B;

WHEREAS, the Parties are entering into this Stipulation in the interest of efficiency, judicial economy, and to avoid the need for motion practice;

Deleted: on a matter to which the Parties are in agreement.

## II. EFFECT OF THE PROPOSED AMENDMENT

The proposed First Amended Complaint differs from the original Complaint in the following respects:

1. Caption. Adds Greystar Real Estate Partners, LLC as a Defendant.

2. Introduction (¶ 3). Adds Greystar to the description of Defendants whose conduct is challenged.

3. Parties (¶¶ 22–23). Adds two new paragraphs identifying Greystar as a company located in South Carolina that, in the ordinary course of business, regularly engages in "debt collection" within the meaning of Cal. Civ. Code § 1788.2(c).

4. Factual Allegations (¶¶ 34–35, 44–45). Adds factual allegations that:

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

(a) On July 29, 2021, Greystar internally generated a Move Out Statement of Charges for Plaintiff Ashna Paul's vacated unit at Tuscany Apartments (Account #79383310), reflecting an alleged balance of $27,130.00 in post-vacate charges;

(b) On August 24, 2021, Ashna Paul e-mailed Tuscany Management and Greystar's Receivables Department disputing the alleged Move Out Statement and re-attaching her prior dispute correspondence, which Greystar's Customer Care Specialists internally acknowledged on November 24, 2021 without ever substantively responding to Plaintiff;

(c) On information and belief, each time Genesis contacted Greystar to validate the alleged debt, Greystar verified the debt as accurate — despite Greystar's knowledge or reason to know that Plaintiffs had vacated the apartment on or before July 31, 2020 and had repeatedly disputed the alleged charges; and

(d) Greystar's repeated "verifications" of the alleged debt to Genesis caused Genesis to continue collection efforts against Plaintiffs and to continue furnishing the inaccurate tradeline to the credit bureaus, thereby perpetuating Plaintiffs' injuries.

5. RFDCPA Allegations. Adds five new paragraphs alleging that Greystar violated 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(10), 1692f, and 1692f(1), each of which is incorporated into the RFDCPA through California Civil Code § 1788.17.

6. Count III (RFDCPA). Adds Greystar to Count III for violation of the RFDCPA. The Count caption is changed from "[AGAINST GENESIS]" to "[AGAINST GENESIS AND GREYSTAR]."

Pursuant to Section 10 of this Court's Standing Order, this Stipulation states the effect of the proposed amendment and identifies the page(s), line number(s), and wording of the proposed additions of material. A redlined version of the proposed First Amended Complaint reflecting all additions to and deletions from

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

the original Complaint is also attached hereto as Exhibit B for the Court's convenience. The proposed First Amended Complaint is serially identified as the "First Amended Complaint" to differentiate it from the original Complaint.

**III. STIPULATION**

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby STIPULATE AND AGREE as follows, subject to the Court's approval:

1. Plaintiffs shall be permitted to file the First Amended Complaint, in the form attached hereto as Exhibit A, on the date the Court enters an order approving this Stipulation (or within five (5) court days thereafter).

2. Genesis does not oppose the filing of the First Amended Complaint and agrees that no further responsive pleading is required from Genesis to the extent the First Amended Complaint alleges the same claims previously asserted against Genesis. To the extent any new factual allegations relevant to the claims against Genesis are added by the First Amended Complaint, Genesis's answer, response, or other responsive pleading shall be due fourteen (14) days after the First Amended Complaint is filed and served, pursuant to Federal Rule of Civil Procedure 15(a)(3).

**Deleted:** consents to

3. Plaintiffs shall promptly serve the First Amended Complaint on GREYSTAR REAL ESTATE PARTNERS, LLC in accordance with Federal Rule of Civil Procedure 4.

4. Nothing in this Stipulation shall be deemed a waiver of any defense, claim, or argument by Genesis or Greystar, other than Genesis's stipulation to the filing of the First Amended Complaint as set forth herein. Greystar has not yet been served and is not a party to this Stipulation, and nothing herein binds or operates against Greystar.

IT IS SO STIPULATED.

Dated: May 11, 2026 Respectfully submitted,

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**LOKER LAW, APC**

By: ___/s/ Nicholas J. Enns___
NICHOLAS J. ENNS, ESQ.
ATTORNEY FOR PLAINTIFF

**CARLSON AND MESSER LLP**

BY: ___/S/ MICHAEL LAVIGNE__
MICHAEL LAVIGNE, ESQ.
COUNSEL FOR GENESIS