**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick.enns@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiffs,*
Ashna Paul and Atul Paul

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ASHNA PAUL AND ATUL PAUL,**

Plaintiffs,

**v.**

**COLUMBIA DEBT RECOVERY, LLC DBA GENESIS; AND, GREYSTAR REAL ESTATE PARTNERS, LLC,**

Defendants.

**Case No.:** 2:25-cv-01155-JGB-SKx

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREYSTAR REAL ESTATE PARTNERS, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**HON. JESUS G. BERNAL**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ashna Paul and Atul Paul ("Plaintiffs") hereby voluntarily dismiss Defendant Greystar Real Estate Partners, LLC ("Greystar") from the above-entitled action, without prejudice, with each party to bear its own attorneys' fees and costs.

Greystar has served neither an answer to Plaintiffs' operative complaint nor a motion for summary judgment. This Notice is therefore self-executing and effective upon filing, without an order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal applies to Greystar only; Plaintiffs' claims against all remaining Defendants are unaffected.

In light of this dismissal, Greystar's Motion to Dismiss [ECF No. 91] is moot, and Plaintiffs respectfully request that the hearing currently set for September 14, 2026, along with all other pending dates and filing requirements as to Greystar, be vacated.

Date: August 19, 2026 **LOKER LAW, APC**

BY: ___/S/ NICHOLAS J. ENNS___
NICHOLAS J. ENNS, ESQ.
ATTORNEY FOR PLAINTIFFS

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Voluntary Dismissal of Defendant Greystar Real Estate Partners, LLC* has been submitted on August 19, 2026 to all defense counsel of record via e-mail and U.S. Mail.

/S/ NICHOLAS J. ENNS
NICHOLAS J. ENNS, ESQ.