June D. Coleman (SBN 191890)
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
(916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendant
COLUMBIA DEBT RECOVERY, LLC DBA GENESIS

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION– LOS ANGELES

| | |
|---|---|
| ASHNA PAUL AND ATUL PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC DBA GENESIS,<br><br>Defendant. | Case No.: 2:25-cv-01155-JGB-SKx<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF PRETRIAL CONFERENCE AND PROPOSED ORDER**<br><br>CURRENT DATE: Oct. 5, 2026<br>TIME: 11:00 a.m.<br>COURTROOM: 1 |

Good cause existing, the Court grants the parties' joint request and continue the **pretrial conference to February 1, 2027, at 11:00 am**. **Trial is continued to February 16, 2027, at 9:00 a.m.** All pretrial deadlines that run from the pretrial conference date shall now run from the new pretrial conference date except for the already filed witness list, exhibit list, and memoranda of contentions and facts.

IT IS SO ORDERED.

Dated: September 25, 2026

Hon. Jesus G. Bernal
United States District Court Judge